# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DONALD THOMPSON

NO. 2019 KW 0673

AUG 19 2019

---

In Re:   Donald Thompson, applying for supervisory writs, 20th
         Judicial District Court, Parish of East Feliciana, No.
         13-CR-236.

---

**BEFORE:   WELCH, HOLDRIDGE, AND LANIER, JJ.**

    **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a complete copy of the district court's reasons for judgment, all pertinent minute entries and/or transcripts, a copy of his indictment, the state's answer, and any other portions of the district court record that might support the claims raised in the application for postconviction relief. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before October 21, 2019. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**JEW**
**GH**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

    DEPUTY CLERK OF COURT
       FOR THE COURT